to law and consistent with the views hereinabove expressed. Costs of this appeal shall be paid by the defendant. All other costs shall await the final determination of the litigation.

appealed from is reversed and set aside and the cause is remanded to the district court for further proceedings according to law and consistent with our expressed views. Costs of this appeal shall be paid by the defendants. All other costs shall await the final determination of the litigation.

115 So.2d 800

**TEXAS EASTERN TRANSMISSION CORPORATION**

v.

**Thomas C. McKOWEN, III, and Mrs. Marie McKowen.**

No. 44559.

Nov. 9, 1959.

Rehearing Denied Dec. 14, 1959.

115 So.2d 801

**Nancy Callan CONEY**

v.

**Walton B. CONEY.**

**Walton B. CONEY.**

v.

**Nancy Callan CONEY (two cases).**

No. 44703.

Nov. 9, 1959.

Rehearing Denied Dec. 14, 1959.

Hargrove, Guyton & Van Hook, Elmon W. Holmes, Shreveport, for plaintiff-appellant.

Kennon, White & Odom, Baton Rouge, for defendants-appellees.

HAMITER, Justice.

For the reasons assigned in Texas Eastern Transmission Corporation v. Bowman, 238 La. 399, 115 So.2d 797, the judgment

